IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-00050-M-RJ-2

**United States of America**,

v.

**Juan Amaya**,

Defendant.

**Sealed Supplement to
Order Setting Conditions of Release**

The parties have notified the court that while on pretrial release the defendant intends to cooperate with the United States in an on-going investigation. While the defendant's pretrial release is not conditioned on this cooperation (either now or in the future), it is necessary to modify his conditions of release to promote the safety of the United States Probation Officers and allow him to effectively work with law enforcement.

Thus, the court modifies the conditions of release previously entered as follows:

1. The defendant may, at the direction of the United States, actively assist in ongoing criminal investigations.

2. The defendant shall not possess a firearm, destructive device, or other weapon; possess illegal drugs; or engage in any illegal activity except in connection with his cooperation with the United States.

3. The defendant need not notify his supervising probation officer of contacts with law enforcement officers during the period of cooperation.

4. During his period of cooperation, the defendant's travel is restricted to the State of Texas and the Eastern District of North Carolina.

5. The defendant will not be subject to testing for prohibited substances during the period of cooperation.

If, during the defendant's cooperation, the United States learns that the defendant violated a condition of release, failed to communicate or to otherwise cooperate with law enforcement, or took part in unauthorized criminal activity, the United States must immediately inform the defendant's supervising officer in the Eastern District of North Carolina and Northern District of Texas.

The court is placing these supplemental conditions under seal for the safety of the defendant and law enforcement and because of the nature of the on-going investigation. The Clerk of Court may provide a copy of this document to the defendant's counsel, the United States Attorney's Offices for the Eastern District of North Carolina and Northern District of Texas, the Chief United States Probation Officer (or his or her designee) for the Eastern District of North Carolina and Northern District of Texas. The Assistant United States Attorney of record in this case must provide a copy of this order to the law enforcement officer who is responsible for the defendant's cooperation activities and anyone that officer designates to act on his or her behalf.

If the defendant's cooperation ends, either because he no longer wishes to cooperate or because the United States no longer wishes to use him in that capacity, the Assistant United States Attorney of record in this case must promptly notify the court of that fact within 24 hours of its occurrence. The court will then set a hearing to determine whether the original conditions of release can reasonably ensure the defendant's appearance at future proceedings and the safety of any other person and the community.

Dated: May 27, 2025

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge