UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-50-M-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| JUAN AMAYA ) | |
| ) | |

UPON MOTION of Defendant, Juan Amaya, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 26 be sealed by this Court.

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

Dated: May 27, 2025

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge